DEBORAH SHEIMAN *v.* STUART M. SHEIMAN

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 933 (AC 12418), is denied.

*Wesley W. Horton, Susan M. Cormier* and *Joy Fausey,* legal intern, in support of the petition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* PHILIP MANN

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 933 (AC 12672), is dismissed.

*Philip Mann,* pro se, in support of the petition.

Decided September 14, 1994

STATE OF CONNECTICUT *v.* RALPH VUOLO, JR.

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 935 (AC 12523), is denied.

*Robert S. Rger,* special public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided September 14, 1994